UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC) 18-MC-2859 (PAC) 1:18-cv-11080-PAC |

*This Document Relates to*:

Plaintiff Susan Proietti
No. 1:18-cv-11080-PAC

----------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

On this date, having considered Plaintiffs' Unopposed Motion for Substitution of Party ("Motion"), the points and authorities therein, and supporting documents, the Court hereby ORDERS that Plaintiffs' Motion is GRANTED. The Court further ORDERS:

1. Plaintiff filed a suggestion of death on the record, contemporaneously with the Motion, on March 10, 2022.

2. The Certificate of Death submitted in support of the Motion shows that Plaintiff Susan Proietti passed away on September 27, 2021.

3. The Letters Testamentary submitted in support of the Motion show that Frank Proietti has been appointed Executor of the Estate of Susan Proietti on November 4, 2021.

4. Frank Proietti has retained counsel and instructed them to substitute him, in his capacity as Executor, as Plaintiff in the above-captioned matter.

1

For the foregoing reasons, it is hereby ORDERED that Frank Proietti is substituted, in his capacity as Executor of the Estate of Susan Proietti, as Plaintiff.

Entered this 14 day of March, 2022 in Washington, D.C.

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2