UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC) <br> 18-MC-2859 (PAC) <br><br> 1:18-cv-11080-PAC |

*This Document Relates to:*

Plaintiff Frank Proietti
No. 18-cv-11080

-------------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Alexandra C. Warren hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Frank Proietti, Executor of the Estate of Susan Proietti, in the above-captioned claim.

I am in good standing of the bar of the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: March 24, 2022

Respectfully submitted,

*s/ Alexandra C. Warren*
Alexandra C. Warren
Cuneo Gilbert & LaDuca LLP
4275 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
awarren@cuneolaw.com

1

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

*s/ Alexandra C. Warren*
Alexandra C. Warren